**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**UNITED STATES OF AMERICA,**

**v.** **Case No. 5:25cr2-MW**

**BROCK A. WESTROM,**

**Defendant.**
**___________________________/**

## DEFENDANT'S UNOPPOSED MOTION IN LIMINE

Defendant, Brock A. Westrom, by and through undersigned counsel, hereby respectfully moves this Honorable Court to exclude: (1) testimony or evidence that law enforcement found a firearm during Mr. Westrom's arrest, (2) testimony that KIK is an application known for being used to exchange child sexual abuse material (CSAM), and (3) testimony regarding specific examples or circumstances from previous cases where minors have bypassed the age verification mechanism on the Skip the Games website.

## MEMORANDUM

### 1. Firearm found in Mr. Westrom's truck at the time of his arrest

Mr. Westrom objects to any testimony, evidence or reference that there was

a Springfield Hellcat Firearm in his Dodge Ram at the time of his arrest on July 19, 2024. The fact that Mr. Westrom had a firearm in his truck is not relevant to the charge, nor any circumstances surrounding the charge against him in this case. Fed. R. Evid. 402. Any reference to the firearm would be out of context and therefore, because it has no probative value, and it is substantially outweighed by the danger of confusing the issues. Fed. R. Evid. 403.

**2. Characterization of KIK being known for exchanging child pornography**

Mr. Westrom objects to any testimony that the KIK application is used for the exchange of CSAM. KIK is a messaging application, where users can communicate using screennames instead of their phone numbers. While Mr. Westrom had KIK installed on his cell phone at the time of his arrest, there is no evidence that he used it for any illegal activity. Additionally, there was no CSAM found on his cell phone. Any reference to the KIK being a known platform for sharing child pornography has no probative value and is substantially outweighed by the danger of unfair prejudice, confusing the issues, and misleading the jury. Fed. R. Evid. 403.

**3. Examples from Past Cases of Minors Bypassing the Age Verification on Skip the Games Website**

Mr. Westrom objects to testimony from any government witnesses, including computer forensic analyst Justin Gibson, regarding circumstances or specific examples from previous cases where individuals bypassed the age verification mechanism on the Skip the Games website. Any description of past circumstances or details involving a case where a minor accessed Skip the Games has no probative value in this case, and would risk confusing the issues and misleading the jury. Fed. R. Evid. 403.

Respectfully Submitted,

JOSEPH F. DEBELDER
Federal Public Defender

*/s/Elizabeth L. Vallejo*
ELIZABETH L. VALLEJO
Assistant Federal Public Defender
Fla. Bar No. 127120
227 N. Bronough Street, Suite 4200
Tallahassee, FL 32301
(850) 942-8818
(850) 942-8809 Fax
Attorney for Defendant

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Undersigned counsel conferred with both Assistant United States Attorneys Eric Welch and Meredith Steer who indicated that they are in agreement with the

exclusion of evidence pertaining to the firearm found in Mr. Westrom's car. They also agree not to introduce on direct examination testimony about KIK being known as an application for sharing CSAM, nor about specific examples of how individuals in the past have by passed Skip the Games Website's age verification. They will not otherwise introduce testimony about these topics, so long as the door is not opened by Defense. This motion has 627 words.

*Elizabeth L. Vallejo*
ELIZABETH L. VALLEJO

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been furnished by Notice of Electronic Filing to Eric Welch and Meredith Steer, Assistant United States Attorneys, 111 N. Adams Street, 4th Floor, Tallahassee, FL 32301, this 14th day of October, 2025.

*/s/Elizabeth L. Vallejo*
ELIZABETH L. VALLEJO