12:27 LTE

+1 (507) 272-3083 >

Text Message
Jul 19, 2024, 3:27 PM

Hi 3:27 PM

Hii 3:30 PM

Available 3:31 PM

Do I have the wrong number? 3:35 PM

No 3:36 PM

Ok cool 3:37 PM

Looking for a HH 3:37 PM

You there 4:15 PM

Yepp 4:35 PM

You do outcall 4:37 PM

Sry I can't drive yet 4:43 PM

? Why 4:43 PM

How much 4:53 PM

Bc I'm not old enough lol 4:57 PM

Text Message

Pay

GOVERNMENT EXHIBIT 1

12:27 LTE

2

+1 (507) 272-3083 >

Bc I'm not old enough lol 4:57 PM

Geez how old are you 4:58 PM

Or how much to meet 5:02 PM

13 wbu 5:14 PM

33 5:15 PM

K 🙂 5:15 PM

Where are you 5:16 PM

What do you want to do 5:17 PM

PCB 5:17 PM

Wdym lol what do u wanna do 5:17 PM

Haha I mean I don't know what you look like really so I'm not sure what I want to do yet haha 5:18 PM

Want a pic 5:19 PM

Sure 5:19 PM

[redacted]

Text Message


12:27
LTE
2
+1 (507) 272-3083 >
5:21 PM
5:21 PM
Text Message
Pay

12:27 LTE

2

+1 (507) 272-3083 >



5:21 PM



5:21 PM

Text Message

Pay

12:27 LTE

2

+1 (507) 272-3083



5:21 PM

Wow your cute 5:21 PM

Lol thx 5:22 PM

Lemme see u 5:22 PM



Text Message

Pay

12:27 LTE

2

+1 (507) 272-3083 >



5:22 PM

I like ur beard 5:23 PM

Haha thanks 5:23 PM

Lol 5:23 PM

So you want to meet 5:24 PM

Lol want to? 5:24 PM

Definitely 5:25 PM

Text Message

Pay

12:27 LTE

+1 (507) 272-3083 >

Definitely 5:25 PM

Your not a cop right haha 5:25 PM

No are u 5:25 PM

No definitely not 5:25 PM

K 5:26 PM

Can you send a pic to prove it I'll match 5:26 PM

K what kind 5:26 PM

Anything with nudity 5:26 PM

Ya no sry 5:27 PM

I thought u meant like doing something or saying something 5:27 PM

Idk how that would prove your not setting me up haha 5:28 PM

Cops don't send nudes 5:28 PM

Yea me either 5:28 PM

I don't know of anything else that

Text Message

12:27 LTE

2

+1 (507) 272-3083 >

Yea me either 5:28 PM

I don't know of anything else that would prove it 5:28 PM

Doesn't have to be full nude. Like a nipple is all 5:29 PM

K then find someone else sry I don't send nudes 5:29 PM

Damn 5:29 PM

Ok where would we meet 5:29 PM

Im on the beach 5:29 PM

What do u wanna do 5:29 PM

Depends on what you like 5:30 PM

Wdym 5:30 PM

What do u like 5:30 PM

Sexually? 5:30 PM

lol yea 5:31 PM

I like giving oral 5:31 PM

Text Message

Pay

12:27 LTE

+1 (507) 272-3083 >

I like giving oral 5:31 PM

Love getting rode 5:32 PM

Lol fr 5:32 PM

Haha yeah 5:32 PM

What about you 5:33 PM

I mean idc just gotta be safe 5:34 PM

What ya mean? 5:34 PM

What do you like most 5:34 PM

Tbh I'm not like super experienced 🤷‍♀️ 5:35 PM

So I won't be mad if u don't wanna fr 5:35 PM

Haha no worries 5:36 PM

So why are you on the site 5:36 PM

You just horny? 5:36 PM

I'm just trying it 5:38 PM

Text Message

12:27 LTE

+1 (507) 272-3083

I'm just trying it — 5:38 PM

What ya mean? — 5:38 PM

Like I kno someone on here she likes it so I wanna try it — 5:39 PM

That's cool — 5:39 PM

So how much — 5:39 PM

Idk what are we doing lol u won't tell me — 5:41 PM

Just hanging out — 5:41 PM

You smoke — 5:41 PM

Um no — 5:42 PM

Haha ok — 5:42 PM

Just hanging out see what happens — 5:43 PM

Ummm what does that mean — 5:47 PM

What do you think it means — 5:47 PM

Idk that's what I'm saying ur like being super sketch about it fr — 5:48 PM

Text Message

12:27 LTE

+1 (507) 272-3083 >

Idk that's what I'm saying ur like being super sketch about it fr — 5:48 PM

Oh sorry — 5:49 PM

Lol it's fine — 5:50 PM

I meant Netflix and chill — 5:50 PM

So how much — 5:52 PM

Sketch — 5:53 PM

Lol — 5:53 PM

What? — 5:53 PM

I'm gonna go — 5:54 PM

Yea prolly good u makin me get nervous lol — 5:55 PM

Sorry I just don't know for sure if your not a cop — 5:55 PM

Otherwise I'd say exactly what I want to do — 5:55 PM

Told u I'm not one lol — 5:57 PM

Text Message

12:28 LTE

2

+1 (507) 272-3083 >

Told u I'm not one lol 5:57 PM

Yeah but I don't know for sure 5:57 PM

K 5:58 PM

I really want to tell you what I want to do haha 5:58 PM

I want to eat you out first, then put you on top of me 6:00 PM

Are u gonna wear a condom 6:00 PM

You said I have to 6:01 PM

I mean yea lol 6:01 PM

Haha I wouldn't if you said I could 6:02 PM

Just making sure lol but yea u def gotta wear one 6:03 PM

You have one 6:04 PM

No lol I don't wear them 😂😂😂 6:05 PM

Neither do I lol 6:06 PM

Text Message

Pay



12:28 LTE

+1 (507) 272-3083

No lol I don't wear them 😂😂😂 6:05 PM

Neither do I lol 6:06 PM

U are if u wanna see me lol 6:06 PM

Ok ok haha 6:07 PM

Where do we meet 6:09 PM

By my house if u want 6:11 PM

Where is that 6:17 PM

U know where pier park is 6:17 PM

Yeah 6:21 PM

Like right there 6:27 PM

Text Message