**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION**

**UNITED STATES OF AMERICA**

**v.** **CASE NO. 5:25cr2-MW**

**BROCK A. WESTROM**
________________________________/

**<u>GOVERNMENT'S PROPOSED VOIR DIRE QUESTIONS</u>**

The United States of America proposes the following additional *voir dire* questions for the Court's consideration during its inquiry of the jury:

1. Have you or any of your close friends of family had an interaction with law enforcement or the criminal justice system that left you with a negative impression of law enforcement or the government in general?
2. You may hear that this case involved undercover officers participating in what is sometimes referred to as a "sting" operation. Does anyone have negative feelings about law enforcement using undercover officers?
3. Have you or any of your close friends or family used the social network or website "Skip the Games"? If so, approximately how long ago?

WHEREFORE, the United States files the foregoing proposed *voir dire* questions for the Court's consideration.

RESPECTFULLY SUBMITTED this 22nd day of October, 2025.

JOHN P. HEEKIN
United States Attorney

***/s/ Eric W. Welch***
ERIC W. WELCH
Assistant United States Attorney
Virginia Bar No. 71544
111 North Adams Street, Fourth Floor
Tallahassee, FL 32301
(850) 942-8430

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing has been filed via the Court's CM/ECF system on this 22nd day of October, 2025, which will send notification of such filing to all counsel of record.

***/s/ Eric W. Welch***
ERIC W. WELCH
Assistant United States Attorney