**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION**

**UNITED STATES OF AMERICA**

v. **CASE NO. 5:25cr2-MW**

**BROCK A. WESTROM**
______________________________/

**GOVERNMENT'S PROPOSED VERDICT FORM**

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, files the following proposed verdict form in the above-styled cause:

**VERDICT FORM**

We, the jury, in the above entitled case, unanimously find Brock A. Westrom, as charged in Count One, Attempted Coercion and Enticement of a Minor to Engage in Sexual Activity:

_______ Guilty. ________ Not Guilty.

**SO SAY WE ALL** on October ___, 2025, in Tallahassee, Florida.

________________________________
Foreperson

* * *

WHEREFORE, the United States files the foregoing proposed verdict form.

Respectfully submitted,

JOHN P. HEEKIN
United States Attorney

***/s/ Meredith L. Steer***
MEREDITH L. STEER
Assistant United States Attorney
Northern District of Florida
South Carolina Bar No. 105392
111 North Adams Street, Fourth Floor
Tallahassee, FL 32301
(850) 942-8430
meredith.steer@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed via the Court's CM/ECF system on this 21st day of October, 2025, which will send notification of such filing to all counsel of record.

***/s/ Meredith L. Steer***
MEREDITH L. STEER
Assistant United States Attorney