**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**UNITED STATES OF AMERICA,**

**v.** **Case No.: 5:25cr2-MW/MJF**

**BROCK A. WESTROM,**

***Defendant.***
_____________________________/

**VERDICT**

**COUNT ONE:**

We, the Jury, in the above-entitled case, unanimously find the Defendant, **BROCK A. WESTROM**, as charged in Count One, Attempted Coercion and Enticement of a Minor to Engage in Sexual Activity:

________ NOT GUILTY

___X___ GUILTY

SO SAY WE ALL on October 28, 2025, in Tallahassee, Florida.

[redacted]
Foreperson

FILED IN OPEN COURT THIS
October 28, 2025
CLERK, U.S. DISTRICT
COURT, NORTH. DIST. FLA.